Wednesday, February 8, 1989

## MERIT DOCKET

**89-182.** State, ex rel. Lytle, v. Hottle. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof, IT IS ORDERED by the court that said writ be, and the same is hereby, denied, effective February 7, 1989.

Moyer, C.J., Holmes, Douglas, Wright and Resnick, JJ., concur.

Sweeney and H. Brown, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**88-1474.** State v. Stark. *Cuyahoga County*, No. 53344. *Sua sponte,* cause dismissed for want of prosecution, effective February 6, 1989.

**88-1886.** Ohio Public Interest Campaign v. Pub. Util. Comm. This cause originated in this court on the filing of a complaint for a declaratory judgment and injunctive relief. Upon consideration of the application to dismiss filed by counsel for relator, IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed, effective February 2, 1989.

**88-1962.** Lamberjack v. Lamberjack. *Seneca County,* No. 13-86-29. Cause dismissed, on application of counsel for appellant, effective February 3, 1989.

**88-2169.** Marino v. Artzner-Marino. *Tuscarawas County,* No. 88AP040033. Cause dismissed, on application of counsel for appellant, effective January 31, 1989.

**88-2191.** Parks v. Greater Cleveland RTA. *Cuyahoga County,* No. 55483. *Sua sponte,* cause dismissed for want of prosecution, effective February 6, 1989.

**88-2207.** Fritts v. Entenmann's, Inc. *Cuyahoga County,* No. 54373. Cause dismissed, on application of counsel for Entenmann's, Inc. et al., effective February 2, 1989.

**88-2211.** Congregate Management Services v. Bowling. *Trumbull County,* No. 4141. Cause dismissed, on application of counsel for appellant, effective February 3, 1989.

**88-2215.** Andersen v. Ohio Bur. of Emp. Serv. *Franklin County,* No. 88AP-647.

Cause dismissed, on application of counsel for appellant, effective February 2, 1989.

Wednesday, February 15, 1989

## MERIT DOCKET ·

**87-1572.** Bowman v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 83-1328-GA-CSS. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-1960.** State, ex rel. Miller, v. Third District Court of Appeals. In Procedendo. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-1972.** State v. Glenn. *Hamilton County,* No. C-870721. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Holmes, Wright and Resnick, JJ., concur.

Sweeney, Douglas and H. Brown, JJ., would grant a delayed appeal.

**88-1989.** Kimsey v. Russell. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-2009.** State, ex rel. Curth, v. Perry Cty. Ct. of Common Pleas. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-2027.** State, ex rel. Campbell, v. Ohio Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-2052.** State v. Rich. *Montgomery County,* No. CA 10269. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Holmes, Wright, H. Brown and Resnick, JJ., concur.

Sweeney and Douglas, JJ., dissent.